# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3111
L.T. Case No. 16-2022-DR-998
_____

SHAWANNA LYNN FOWLER,

Appellant,

v.

AURELLE HERARD,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Maureen Theresa Horkan, Judge.

Shawanna Lynn Fowler, Jacksonville, pro se.

No Appearance for Appellee.

March 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____